# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARK DALEY,

    Plaintiff,

v.                                            Case No. 3:25-cv-42-AW-ZCB

SANTA ROSA CORRECTIONAL
INSTITUTION, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, has not provided his updated address, and has not objected to the magistrate judge's report and recommendation (ECF No. 13), which recommends dismissal for these reasons. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to provide updated address information." The clerk will then close the file.

SO ORDERED on May 22, 2025.

                                                  s/ *Allen Winsor*
                                                 United States District Judge